JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANDRES ROBLES PORTILLA,<br><br>       Petitioner,<br><br>  v.<br><br>DAVID HOLBROOK,<br><br>       Respondent. | Case No. 2:22-cv-05892-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED:  March 23, 2023

_Karen E. Scott_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE